**Order filed February 11, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00054-CV**

_____

**DAVID GREEN, ANNIE M. BRANCH A/K/A ANNIE GREEN, CHANDRA WARE D/B/A SAPPHIRE REALTY A/K/A SAPPHIRE REALTY HOUSTON AND D'ADREINNE M. TRUITT-SWEATT, Appellants**

**V.**

**TAMEIKA EVANS AND DAVID EVANS, INDIVIDUALLY AND AS NEXT FRIEND OF D. E., A MINOR CHILD, T. E., A MINOR CHILD, U. E., A MINOR CHILD, D. E., A MINOR CHILD, AND T.E., A MINOR CHILD, Appellees**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2018-26231**

## ORDER

Appellants' briefs and appellees' brief contain the names of persons who were minors when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the briefs are STRICKEN.

Appellants and appellees are ordered to file briefs that comply with Texas Rule of Appellate Procedure 9.9 on or before **February 22, 2021**.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.